AO 91 (Rev. 11/11) Criminal Complaint                    Felony

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas ▾

United States District
Southern District of Texas
FILED

MAY - 4 2019

David J. Bradley, Clerk of Court

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Hector Trejo Cortina | ) | Case No. B-19-MJ-542 |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **May 3, 2019** in the county of **Cameron** in the **Southern** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21, United States Code, Section 841(a)(1) & 846 | knowing and intentionally possess with intent to distribute approximately 5.2 kilograms of cocaine, a Schedule II controlled substance, and did conspire with persons known and unknown to knowingly and intentionally possess with intent to distribute approximately 5.2 kilograms of cocaine, a Schedule II controlled substance. |

This criminal complaint is based on these facts:

On or about May 3, 2019, Hector Trejo CORTINA was operating a 2017 Toyota Tacoma motor vehicle when Cortina was stopped by a Cameron County Sheriff's Office on I-2 Westbound in Harlingen, TX. CORTINA was the driver and sole occupant of the motor vehicle. CORTINA consented to a search of the vehicle. The search revealed approximately 5.2 kilograms of cocaine located in the rear passenger compartment of the motor vehicle.

☐ Continued on the attached sheet.

*Complainant's signature*

Patrick Oliphant, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: May 4, 2019

*Judge's signature*

City and state: Brownsville, Texas

Ronald G. Morgan, United States Magistrate
*Printed name and title*